UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| GLORIA HAWKINS, | ) | No. ED CV 13-00917-VBK |
| | ) | |
|         Plaintiff, | ) | JUDGMENT |
| | ) | |
|   v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| | ) | |
|         Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that the decision of the Commissioner is reversed, and the matter is remanded for a new hearing consistent with the Memorandum Opinion.

DATED: March 11, 2014            /s/
                        VICTOR B. KENTON
                        UNITED STATES MAGISTRATE JUDGE