1  Erika Bailey Drake (SBN 248034)
   edrake@drakeanddrake.com
2  Roger D. Drake (SBN 237834)
3  rdrake@drakeanddrake.com
4  23679 Calabasas Road, Suite 403
   Calabasas, California  91302
5  Telephone:  818.438.1332
6  Facsimile:  818.854.6899
7  Attorneys for Plaintiff

8

9                UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
10

11 | GLORIA HAWKINS,              )
12 |                              ) CASE NO.: 5:13-cv-00917-VBK
   |     Plaintiff,               )
13 | v.                           )
14 |                              ) ~~[PROPOSED]~~ ORDER AWARDING
   | CAROLYN W. COLVIN, Acting,   ) EAJA FEES
15 | Commissioner of Social Security, )
16 |                              )
   |     Defendant.               )
17 |                              )
18

19     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

20     IT IS ORDERED that EAJA fees are awarded in the amount of TWO

21 THOUSAND NINE HUNDRED TWENTY TWO DOLLARS AND 00/100

22 ($2,922.00) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00)

23 subject to the terms of the stipulation.

24

25

26 DATED: June 2, 2014            _____/s/_____
27                                HONORABLE VICTOR B. KENTON
                                  UNITED STATES MAGISTRATE JUDGE
28

-1-